IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AUSTIN JAMES OWENS,

      Appellant,

v.                                          Case No. 5D22-2287
                                            LT Case No. 2021-CF-002380-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Matthew J. Metz, Public Defender, and
Steven N. Gosney, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.